

**NHG LAW GROUP, P.C.**

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COLLINS |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |
| VICTORIA SPAGNOLO, ESQ. | |

**Via: ECF**                                        September 25, 2024

Honorable Judge Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

      **Re:** ***Ryan v. Community Based Services Inc.;* 24-cv-02801 (KMK)**

Dear Judge Karas,

      My office represents Plaintiff in the above-referenced FMLA action. Pursuant to Your Honor's Individual Rules and, kindly accept this joint letter motion requesting to adjourn the pre-motion conference, currently scheduled for October 4, 2024 at 12:00 p.m. This is the Parties' first such request.

      The reason for this adjournment request is that Plaintiff's counsel will be out of the country from October 3, 2024 through October 14, 2024. Counsel for the Parties have conferred and confirmed their availability for the following dates: October 21, 2024; October 23, 2024; October 24, 2024; and October 25, 2024.

      Accordingly, the Parties respectfully request a brief adjournment of the pre-motion conference. The Parties also respectfully request confirmation that the conference will be held telephonically, as is stated in Your Honor's Rules.

      Thank you for your time and attention to this request.

*Granted. The conference is adjourned to 10/ 24 / 24, at 2:30 The conference will be on the telephone.*

*So Ordered*
*[signature]*
*9/25/24*

Respectfully submitted,

*[signature]*
Victoria Spagnolo, Esq.

cc: all counsel of record via ECF

PHONE: 516.228.5100     FAX: 516.228.5106     INFO@NHGLAW.COM
WWW.NHGLAW.COM     WWW.NEWYORKOVERTIMELAW.COM